JUNE 7, 1954.

No. 706.   HAYES FREIGHT LINES, INC. *v.* CASTLE, ATTORNEY GENERAL, ET AL.   *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a

substantial federal question. *David Axelrod* for appellant. *Latham Castle,* Attorney General of Illinois, for appellees.